RECEIVED
SDNY DOCKET UNIT

2026 MAY -4 PM 3:26

REGGIE CASWELL #06B1117
ELMIRA CORR. FAC.
1879 DAVIS ST.
ELMIRA, NY 14902

Granted. The Clerk is respectfully
directed to mail this document to
Plaintiff.

So Ordered

5/6/26

APRIL 26, 2026

RE: CASWELL v MARTUSCELLO III etd.
#24-CV-05723 (KMK)
LETTER/MOTION SEEKING
45 DAY EXTENSION OF
TIME TO FILE A RESPONSE
TO MOTION TO DISMISS

RECEIVED
MAY 04 2026
U.S.D.C.
W.P.

U.S.D.C.
S.D.N.Y.

DEAR CLERK OF COURT,

CAN YOU PLEASE FORWARD THIS
LETTER/MOTION TO THE HON. KARAS
WITH AFFIRMATION OF SERVICE.

1

ATTACHED HERETO DEMONSTRATING THAT DEFENSE COUNSEL HAS BEEN SERVED WITH A COPY OF THIS PLEADING.

## REASONS FOR REQUEST

YOUR PLAINTIFF HAS BEEN WAITING FOR MONTHS TO GET EYEGLASSES FROM NYSDOCCS AFTER DOCCS lost SAID GLASSES.

IN FACT, PLAINTIFF HAS FILED A GREIVANCE REGARDING

2

THE DEPERVATION OF EYEGLASSES (CAN NOT READ WITHOUT THEM) AND ACCESS TO THE COURTS, SEE ELMIRA GRIEVANCE #EL-0313-26 ATTACHED HERETO.

MOREOVER, ALTHOUGH THE DEFENDANT'S MOTION TO DISMISS IS DATED MARCH 2, 2026, PLAINTIFF DID NOT RECIEVE SAID MOTION UNTIL MARCH 19, 2026 DUE TO A SHORTEST OF STAFF

3

HERE AT Elmira C.F. (NOTING ALL legal mail is now tested For K-2).

STAFF HERE HAS NOW ASSERTED THAT I WILL BE GIVEN NEW EYEGLASSES WITHIN THE NEXT 30 DAYS.

EXTENSION

BASED ON THE ABOVE MENTION, PLAINTIFF REQUEST A 45 DAY EXTENSION TO ANSWER MOTION TO DISMISS.

28 USC § 1746

4

| 0313 NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO.<br>EL - 0313-26 | HEARING DATE<br>4/21/2026 |
|---|---|---|
| | GRIEVANT NAME<br>CASWELL, R. | DIN:<br>06-B-1117 |
| **INCARCERATED GRIEVANCE PROGRAM** | FACILITY<br>ELMIRA | HOUSING UNIT<br>PC 3 7 |
| **IGRC HEARING RESPONSE** | HELD IN ABSENTIA<br>☑ YES ☐ NO  IF YES, WHY:  Grievant is housed in Protective Cust | |

Response of IGRC:

The IGRC committee AGREES with grievant to the extent that on the day I/I was scheduled to see the Optometrist, there was not enough security staff to accommodate this appointment. Grievant will be rescheduled for the next eye clinic.

Chairperson: _JBurns_                     IGRC Members: _____

Date Returned to Grievant: _4/22/26_

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☑ I disagree with the IGRC response and wish to appeal to the Superintendent.         ☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.         ☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: _____         Date: _4/27/26_

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

---

*To be completed by Grievance Clerk*

Grievance Clerk Signature: _____         Date Received: _____

Date Forwarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

# AFFIRMATION OF SERVICE

CASWELL v MART. et al
#24-CV-05723 (KMK)

I REGGIE CASWELL HEREBY DECLARES PURSUANT TO 28 USC § 1746 THAT:

1) I PLACED SAID LETTER/MOTION SEEKING A 45 DAY EXTENSION OF TIME, TO RESPOND TO MOTION TO DISMISS AND DID CAUSE SAME TO BE PLACED IN A FIRST CLASS POSTAGE WRAPPER ON April 26, 2026 ADDRESSED TO:

(ORIGINAL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NY
CLERK OF COURT
300 QUARROPAS ST
WHITE PLAINS, NY 10601

(COPY)

US ATTORNEY GENERAL OFFICE
MR. CHRISTOPHER BYRNE
28 LIBERTY ST,
NEW YORK, NY 10005

DATED: April 26, 2026

_Reggie Caswell_
28 USC § 1746

REGGIE CASWELL #06B1117
ELMIRA CF
P.O. BOX 500
ELMIRA, NY 14902

ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: REGGIE CASWELL DIN: 06B1114

ELMIRA
CORRECTIONAL
FACILITY

Limira

04/30/2026
US POSTAGE $000.74

Correctional Facility

ZIP 14901
041L11251115



RECEIVED
MAY 04 2026
U.S.D.C.
W.P.

Legal Mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CLERKS OFFICE
300 QUARROPAS ST.
WHITE PLAINS, NY 10601

1060134140 C009

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: REGGIE Caswell   DIN: 06B1107

USM
SDNY

2026 MAY -4   PM 3: 26

SDNY DOCKET UNIT
RECEIVED