REGGIE CASWELL #0681117
ELMIRA CORR. FAC.
1879 DAVIS ST.
ELMIRA, NY 14901-0500

RECEIVED
AUG 10 2026
U.S.D.C.
W.P.

AUG. 3, 2026

RE: CASWELL v MART. et al.
SECOND CIR. #26-1616
S.D.N.Y. #24-cv-5723 (KMK)
LETTER/MOTION SEEKING TO VACATE NOTICE OF APPEAL

The motion to vacate the notice of appeal is granted. Plaintiff is given 45 days to respond to the Motion to Dismiss. No more extensions. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

[signature] 8/25/26

RECEIVED
SDNY DOCKET UNIT
2026 AUG 11 AM 9:23

TO: S.D.N.Y. CLERKS OFFICE
SECOND CIR. CLERKS OFFICE
MR. DAVID LAWRENCE III A.S.G.

PLEASE ACCEPT THIS LETTER/ MOTION WITH AFF. OF SERVICE SEEKING TO VACATE SAID NOTICE OF APPEAL AS PREMATURE AND ALSO

REQUESTING 45 DAYS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS.

PLAINTIFF STILL DOES NOT HAVE GLASSES BUT HAS BEEN ADVISED BY MEDICAL STAFF THAT HE WILL BE SEEN BY EYEDOCTOR THIS WEEK.

ACCORDINGLY, PLAINTIFF REQUEST THAT NOTICE OF APPEAL BE VACATED AND A ADDITIONAL 45 DAYS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS GRANTED.

[signature]
28 USC §1746

# AFFIRMATION OF SERVICE

CASWELL v MART. et al.
SEC. CIR. 26-1616
SDNY # 24-CV-5723(KMR)

I REGGIE CASWELL BEING DULY SWORN PURSUANT TO 28 USC § 1746 STATES THAT:

1) THAT ON THIS 3RD DAY OF AUGUST 2026, I PLACED IN A FIRST CLASS POSTAGE WRAPPER SAID: LETTER/MOTION SEEKING TO VACATE, NOTICE OF APPEAL AND DID PLACE SAME IN A U.S. POSTAL SERVICE MAILBOX ADDRESS TO:

(ORIGINAL)
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
CLERKS OFFICE
300 QUARROPAS ST
WHITE PLAINS, NY 10601

(COPY)
U.S. COURT OF APPEALS SECOND CIRCUIT
CLERKS OFFICE
40 FOLEY SQ.
NEW YORK NY 10007

NYS ATTORNEY GENERAL OFFICE
MR. DAVID LAWRENCE III, A.S.G.
28 LIBERTY ST. 23 FL.
NEW YORK, NY 10005

DATED: AUG. 3, 2026

[signature]
28 USC § 1746
ELMIRA C.F.
1879 DAVIS ST.
ELMIRA, NY 14901

ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500
NAME: REGGIE CASWELL DIN: 06B1117

ELMIRA CORRECTIONAL FACILITY

Elmira Correctional Facility

neopost 08/04/2026 US POSTAGE $000.78[0]
IMI
ZIP 14901
041L11251115

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
CLERKS OFFICE
300 QUARROPAS ST.
WHITE PLAINS, NY 10601

RECEIVED
AUG 10 2026
U.S.D.C.
W.P.

Legal Mail

10601$4140 C009

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: REGGIE CASWELL DIN: 06B1117

Printed on Recycled Paper